# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| NELDA K. CLINKENBEARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 05-5097-CV-SW-NKL |

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a trial by jury.

XX Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on May 15, 2006, Clinkenbeard's Motion for Summary Judgment [Doc. # 11] is DENIED. The decision of the Commissioner is affirmed.

AT THE DIRECTION OF THE COURT

Dated: May 15, 2006

P.L. BRUNE
Clerk

s/ RENEA KANIES
By: Renea Kanies, Courtroom Deputy